C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Cassandra J. Shines            )        **Motion and Notice**
                                       )        **Chapter 13**
                                       )
                                       )
                                       )        No: B-04-83743 C-13D
                                       )
                        Debtor(s)      )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Countrywide Home Loans filed Trustee's Claim No. 4 which was allowed as a secured long-term continuing debt with monthly payments of $825.00, which included an escrow deposit for taxes and insurance. The Trustee has been informed by Countrywide Home Loans that after an escrow analysis, the monthly payment has been increased to $832.69 effective December, 2008.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to Countrywide Home Loans of $832.69 effective December, 2008.


Date:  December 2, 2008                                    s/Richard M. Hutson, II
     ej                                                    Standing Trustee
-------------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  January 2, 2009, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  January 22, 2009,  at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*


Date:  December 2, 2008                                    OFFICE OF THE CLERK
                                                           U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**04-83743 C-13D**

Cassandra J. Shines
409 W. Maynard Ave.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Countrywide Home Loans
1544 Old Alabama Rd.
Roswell, GA  30076