C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Cassandra J. Shines | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-04-83743 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Countrywide Home Loans filed Trustee's Claim No. 4 which was allowed as a secured long-term continuing debt. The Trustee has been informed by Countrywide Home Loans that principal and interest payments have been changed to $858.27 effective June, 2009, and that the Debtor is delinquent post-petition in the amount of $3.01.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to Countrywide Home Loans of $858.27 effective June, 2009, and allowing a secured post-petition arrearage claim in the amount of $3.01.

Date: June 18, 2009                                                                s/Richard M. Hutson, II
    ej                                                                                            Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before July 18, 2009, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on August 6, 2009, at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date: June 18, 2009                                                                OFFICE OF THE CLERK
                                                                                            U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**04-83743 C-13D**

Cassandra J. Shines
409 W. Maynard Ave.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Countrywide Home Loans
7105 Corporate Dr.
Plano, TX  75024