```
                      UNITED STATES BANKRUPTCY COURT
                       Middle District of North Carolina

IN RE:
    CASSANDRA JACKSON SHINES                      CASE NO. 04-83743
                                                  JUDGE Catharine R. Carruthers
    409 W MAYNARD AVENUE
    DURHAM NC
                              27704               DATE: 08/19/09
          Debtor(s)

---SSN(1)XXX-XX-8910 SSN(2)XXX-XX-0000-------------------------------------

                          TRUSTEE'S FINAL REPORT
---------------------------------AND ACCOUNT--------------------------------


     RICHARD M HUTSON II    , Trustee for the above case, submits the following
final report and account of the administration of the estate pursuant to
11 USC 1302 (b)(1).

     1. The case was filed on Dec 16, 2004 and confirmed on Mar  2, 2005.
The case was subsequently Completed on Jul 27, 2009.

     2. The amount paid to the Trustee by or on behalf of the debtor(s) was
$   79,034.91 .

     3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| ADVANCE AMERICA | NOT FILED | .00 | .00 | .00 | .00 |
|     NOTIFIED 1/25/05 | | | | | |
| AMAZON.COM | NOT FILED | .00 | .00 | .00 | .00 |
| AT&T | NOT FILED | .00 | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE CO | Unsecured | 22525.96 | 5631.49 | .00 | .00 |
|     UNSECD 3RD D/T (RES) | | | | | |
| C-SPEED NET | NOT FILED | .00 | .00 | .00 | .00 |
|     NOTIFIED 1/25/05 | | | | | |
| CAMERON S WESLEY | NOT FILED | .00 | .00 | .00 | .00 |
|     REP:WASHINGTON | | | | | |
| CAPITAL ONE | NOT FILED | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | ONGOING D | .00 | 45968.07 | .00 | .00 |
|     1ST DEED/TRUST (RES) | | | | | |
| COUNTRYWIDE HOME LOANS | ARREARS-M | 8938.50 | 8938.50 | .00 | .00 |
|     ARREARS/1ST D/T(RES) | | | | | |
| DESIREE PALMER MD | NOT FILED | .00 | .00 | .00 | .00 |
| DIRECT MERCHANTS BANK | NOT FILED | .00 | .00 | .00 | .00 |
| DOCTORS VISION CENTER | NOT FILED | .00 | .00 | .00 | .00 |

PAGE   1 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 04-83743

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| DURHAM CITY/COUNTY TAX OFFI | Priority | 141.19 | 141.19 | .00 | .00 |
|     03 VEHICLE TAX | | | | | |
| DURHAM COUNTY REGISTER OF D | Special C | 28.00 | 28.00 | .00 | .00 |
|     RECORD NOTICE | | | | | |
| DURHAM EMERGENCY PHYSICIANS | NOT FILED | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATIO | Unsecured | 1488.04 | 372.01 | .00 | .00 |
| ECAST SETTLEMENT CORPORATIO | NOT FILED | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATIO | Unsecured | 1336.96 | 334.24 | .00 | .00 |
|     CITIBANK USA | | | | | |
| EMPLOYMENT SECURITY COMMISS | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST POINT | Unsecured | 776.00 | 194.00 | .00 | .00 |
| FRANKLIN CREDIT MANAGEMNT C | DIRECT | .00 | .00 | .00 | .00 |
|     PAY DIR/2ND D/T(RES) | | | | | |
| FRANKLIN CREDIT MANAGEMNT C | ARREARS-M | 919.22 | 919.22 | .00 | .00 |
|     ARREARS/2ND D/T(RES) | | | | | |
| FRANKLIN CREDIT MANAGNT COR | NOT FILED | .00 | .00 | .00 | .00 |
| HECHTS | Unsecured | 512.82 | 128.21 | .00 | .00 |
| HOUSEHOLD BANK AND ITS ASSI | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| LENISE CLIFTON DDS | NOT FILED | .00 | .00 | .00 | .00 |
|     NOTIFIED 1/25/05 | | | | | |
| MCI | NOT FILED | .00 | .00 | .00 | .00 |
| NATIONAL EDUCATION ACCEPTAN | NOT FILED | .00 | .00 | .00 | .00 |
| NC DEPARTMENT OF JUSTICE | NOT FILED | .00 | .00 | .00 | .00 |
| NC DEPARTMENT OF REVENUE | NOT FILED | .00 | .00 | .00 | .00 |
| NCO FINANCIAL | NOT FILED | .00 | .00 | .00 | .00 |
|     AT&T | | | | | |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3134.15 | 783.54 | .00 | .00 |
|     673303350188847/CITI | | | | | |
| PRA RECEIVABLES MANAGEMENT | NOT FILED | .00 | .00 | .00 | .00 |
| PRIVATE DIAGNOSTIC CLINIC | NOT FILED | .00 | .00 | .00 | .00 |
| REGINALD S HINTON | NOT FILED | .00 | .00 | .00 | .00 |
| RTP FEDERAL CREDIT UNION | VEHICLE | 8546.18 | 8546.18 | 955.84 | .00 |
|     00 FORD 150 VAN | | | | | |
| SHERMAN ACQUISITION LLC | Unsecured | 2046.04 | 511.51 | .00 | .00 |
|     CITIFIN | | | | | |

```
CHAPTER 13 CASE NO. 04-83743

--------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMT    PRIN PD    INT PD    BAL DUE
--------------------------------------------------------------------------
SPRINT                     NOT FILED        .00        .00        .00        .00

U S ATTORNEY               NOT FILED        .00        .00        .00        .00

USA CREDIT                 NOT FILED        .00        .00        .00        .00
     NOTIFIED 1/25/05
WACHOVIA BANK              NOT FILED        .00        .00        .00        .00
     JUDGMENT|ORD 5/10/05

     4. Summary of disbursements:
--------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED   CONT DEBTS      TOTAL
--------------------------------------------------------------------------
CLAIM AMOUNT    18403.90       169.19     31819.97     45968.07   96361.13
PRINCIPAL PAID  18403.90       169.19      7955.00     45968.07   72496.16
INTEREST PAID     955.84          .00          .00          .00     955.84

     5. Costs of administration:
The clerk was paid $           .00   for the filing fee.
The debtor's attorney was allowed $    1,500.00 and was paid $    1,500.00 .
The Trustee was paid $       38.00   for the cost of mailing notices in the case.
The Trustee was paid $   1750.27   for expenses and $   1750.27   for compensation
pursuant to 11 USC 1302.
Refunds to the debtor total $       544.37 .

     6. Total Receipts Less Distributions:
          Total Paid In =                           79,034.91
          Total Trustee Comp =                       3,500.54
          Trustee Atty Fees=                              .00
          Debtor Atty Fees =                         1,500.00
          Other Professional Fees =                       .00
          Secured Payments =                        65,327.81
          Priority Payments =                          141.19
          Unsecured Payments =                       7,955.00
          Debtor Payments =                            544.37
          Other Payments =                              66.00
          Balance =                                       .00

     Wherefore the trustee requests a final decree be entered  which  discharges
the trustee and his surety from any and all liability on account  of  the  above
case, closes the estate, and grants such other relief as may be just and proper.


                                              /s/ Richard M. Hutson, II
xc CASSANDRA JACKSON SHINES                   _____
   U S BANKRUPTCY ADMIN                       RICHARD M HUTSON II
   JOHN T ORCUTT
   6616-203 SIX FORKS ROAD
   RALEIGH NC
                              27615-0000
```