# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 04−83743

IN THE MATTER OF:
Cassandra Jackson Shines     xxx−xx−8910
409 West Maynard Avenue
Durham, NC 27704

    Debtor(s)

## FINAL DECREE

    **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

    **ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

    **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 9/24/09

*Catharine R. Carruthers*
Catharine R. Carruthers
United States Bankruptcy Judge